_____

No. 95-4050
_____

Lorena Fay Overfield,                    *
                                         *
            Appellant,                   *
                                         *
    v.                                   *   Appeal from the United States
                                         *   District Court for the
Francis N. Bonsignore; Marsh and *   Western District of Missouri.
McLennan Companies; William              *
M. Mercer, Inc.; William M.              *   (UNPUBLISHED)
Mercer of Kentucky, Inc.,                *
                                         *
            Appellees.                   *


_____

                Submitted:  October 3, 1996

                   Filed:  October 15 1996
                         _____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                         _____

PER CURIAM.


     Lorena Overfield appeals from the district court's[1] orders dismissing
one defendant and granting summary judgment to the remaining defendants in
her action brought under the Employee Retirement Income Security Act
(ERISA), 29 U.S.C. §§ 1001-1461.  Having carefully reviewed the record and
the parties' briefs, we conclude the judgment of the district court was
correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Dean Whipple, United States District Judge for
the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.